UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CAITLIN CLAIBORNE                                    CIVIL ACTION

VERSUS

JAMES RIVER INSURANCE                                NO. 21-00025-BAJ-RLB
COMPANY, ET AL.

## RULING AND ORDER

Before the Court is Defendant's **Motion to Remand.** (Doc. 4). The Motion is unopposed. The Magistrate Judge has issued a **Report and Recommendation,** recommending that the Court grant Defendant's Motion to Remand and remand this action to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana. (Doc. 6). There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the Motion at issue, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

IT IS ORDERED that Defendant's **Motion to Remand (Doc. 4)** is **GRANTED**.

IT IS FURTHER ORDERED that the above-captioned action be and is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 20th day of April, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA